**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
*Electronically Filed*

DEBORAH KITTS                                    CASE NO. 2:15-CV-00075

    **PLAINTIFF**                              JUDGE: J. GREGORY WEHRMAN

v.

WEST CHESTER HOSPITAL, LLC, ET AL.

    **DEFENDANTS**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Deborah Kitts, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby give notice that they are voluntarily dismissing their claims against the Defendants Alphatec Spine, Inc., and Alphatec Holdings, Inc., without prejudice to their right to re-file said claims.

Respectfully submitted,

*/s/ Paul J. Schachter*_____
Paul J. Schachter (61750)
Schachter, Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone:(859) 578-4444
Fax: (859) 578-4440
Email: pschachter@pschachter.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Paul J. Schachter*_____
Paul J. Schachter (61750)