Eastern District of Kentucky
**F I L E D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

OCT 19 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CIVIL ACTION NO. 15-75-ART-JGW**

DEBORAH KITTS                                                                                    PLAINTIFF

V.

WEST CHESTER HOSPITAL, LLC
UC HEALTH, INC.
CENTER FOR ADVANCED SPINE TECHNOLOGIES, INC.
ABUBAKAR ATIQ DURRANI, MD.
ALPHATEC SPINE, INC.
ALPHATEC HOLDINGS, INC.
PARCELL LABORATORIES, LLC
NEW ENGLAND CRYOGENIC CENTER
INNOVATIVE MEDICAL CONSULTANTS, LLC                              DEFENDANTS

## PARTIAL AGREED ORDER OF DISMISSAL

A settlement conference was held on July 17, 2015 before Magistrate Judge J. Gregory Wehrman with the following appearances: Paul Schachter and Robert Poole, attorneys for plaintiff Kitts; Marilena Walters and Melissa L. Korfhage, attorneys for defendants West Chester Hospital and UC Health, Inc. The parties have reached a settlement on the cases now pending against defendants West Chester Hospital and UC Health, Inc., and the claims against defendants Abubakar Aitq Durrani, M.D., Center for Advanced Spine Technologies, Alphatec Spine, Inc., Alphatec Holdings, Inc., Parcell Laboratories, LLC, New England Cryogenic Center and Innovative Medical Consultants, LLC remaining in this case, accordingly;

**IT IS ORDEREED AND ADJUDGED:**

1. The plaintiff's claims against defendants West Chester Hospital and UC Health, Inc. are dismissed with prejudice, each party to bear its own costs;



2. The claims against defendants Abubakar Aitq Durrani, M.D., Center for Advanced Spine Technologies, Inc., Alphatec Spine, Inc., Alphatec Holdings, Inc., Parcell Laboratories, LLC, New England Cryogenic Center and Innovative Medical Consultants, LLC are not affected by this entry and SHALL REMAIN.

This 19th day of October

Signed By:
Amul R. Thapar
United States District Judge

AMUL R. THAPAR, JUDGE

HAVE SEEN AND APPROVED:

DEBORAH KITTS, Plaintiff

PAUL J. SCHACHTER, Attorney for Plaintiff Kitts

ROBERT L. POOLE, Attorney for Plaintiff Kitts

MARILENA WALTERS, Attorney for Defendants
West Chester Hospital and UC Health, Inc.

MELISSA L. KORFHAGE, Attorney for Defendants
West Chester Hospital and UC Health, Inc.