UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| DANNY REECE, LORA PICONE, JHEFF PICONE, ROBERT PRESSER, MAGGIE PRESSER, DEBORAH KITTS, JAMES BREETZ, DONNA BREETZ, GREGORY GORDON, MISTY GASKINS, DELANA WHEATON, DOUGLAS GABBARD, and LANA GABBARD,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST CHESTER HOSPITAL, LLC, et al.,<br><br>    Defendants. | Civil No. 15-70-ART<br>Civil No. 15-71-ART<br>Civil No. 15-73-ART<br>Civil No. 15-75-ART<br>Civil No. 15-76-ART<br>Civil No. 15-84-ART<br>Civil No. 15-85-ART<br>Civil No. 15-92-ART<br>Civil No. 15-94-ART<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have reached a settlement of all claims in this case. The parties have therefore filed a stipulation of dismissal of all remaining claims against defendants Abubakar Aitq Durrani, M.D. and Center for Advanced Spine Technologies. *E.g.*, R. 134. A "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissal is without prejudice unless the stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the stipulation requested dismissal with prejudice and was signed by counsel for all parties that have appeared to date. *E.g.*, R. 134.

Accordingly, it is **ORDERED** as follows:

(1)  The parties' request for voluntary dismissal with prejudice is **GRANTED**.

(2)  This matter is **DISMISSED WITH PREJUDICE**.

(3)  All pending deadlines are **CANCELLED**.

(4)  The Clerk shall **STRIKE** this matter from the Court's active docket.

(5)  The Clerk shall file a copy of this order in each of the above captioned cases.

This the 11th day of July, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge